# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DOMENIC A. TRICOME, | : | No. 632 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| AUTOMATTIC, INC., MATTHEW | : | |
| MULLENWEG AND TONI SCHNEIDER | : | |
| OGLETREE, DEAKINS, NASH, SMOAK & | : | |
| STEWART, P.C., CHRISTOPHER | : | |
| MORAN AND TARA PFEIFER, LOIS | : | |
| MURPHY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.